**Order entered February 12, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01427-CV

### TROY D. SHIELDS, JR., Appellant

### V.

### PATRICIA K. SHIELDS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04278-C**

## ORDER

Before the Court is appellant's motion for extension of time to file his jurisdictional letter brief. We **GRANT** the motion and **ORDER** appellant's jurisdictional letter brief, tendered to the Clerk of the Court on February 7, 2020, filed as of the date of this order.

/s/     BILL WHITEHILL
         JUSTICE